THE STATE OF OHIO, APPELLEE, *v.* MCCLURKIN, APPELLANT.

[Cite as *State v. McClurkin*, 127 Ohio St.3d 121, 2010-Ohio-5268.]

(No. 2010–1046—Submitted September 14, 2010—Decided November 2, 2010.)

{¶ 1} The discretionary appeal is accepted, and the cause is remanded to the court of appeals for application of *State v. Horner*, 126 Ohio St.3d 466, 2010-Ohio-3830, 935 N.E.2d 26.

BROWN, C.J., and LUNDBERG STRATTON, O'CONNOR, O'DONNELL, and CUPP, JJ., concur.

PFEIFER and LANZINGER, JJ., dissent and would not accept the discretionary appeal.

———

LaShawn McClurkin, pro se.